# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 773 - 1 | **DATE** | 9/20/2010 |
| **CASE TITLE** | United States of America vs. Sami Samir Hassoun | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 9/19/10. Defendant informed of his rights. Enter Order appointing Daniel P. McLaughlin of the Federal Defender Program as defendant's counsel in this proceeding only. The Government acknowledged that the defendant signed a 17-hour waiver. The Government's oral motion that defendant be detained as a risk of flight and a danger to the community is granted. Defendant to remain in custody pending preliminary examination and detention hearing set for 9/22/10 at 3:30 p.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|