Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 773 - 1 | **DATE** | 9/22/2010 |
| **CASE TITLE** | United States of America vs. Sami Samir Hassoun | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination and detention hearing. Daniel McLaughlin is given leave to withdraw his appearance as defendant's counsel. Myron Auberbach is given leave to file his appearance as defendant's retained counsel. Preliminary examination reset to 9/30/10 at 10:30 a.m. Detention hearing held. Defendant to remain in custody as a danger to the community and a risk of flight until further order of the Court. Detention order to follow.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | VKD |
|---|---|---|