Case: 1:10-cr-00773 Document #: 7 Filed: 09/27/10 Page 1 of 1 PageID #:32



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 773 | **DATE** | 9/27/2010 |
| **CASE TITLE** | United States of America vs. Sami Samir Hassoun | | |

**DOCKET ENTRY TEXT**

Enter Order of Detention Pending Trial.

■ [ For further detail see separate order(s).]　　　　　　　　　　　　　　　　　　Docketing to mail notices.





| | Courtroom Deputy Initials: | VKD |
|---|---|---|