

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 10 CR 773 |
| v. | ) |
| | ) Magistrate Judge Susan E. Cox |
| SAMI SAMIR HASSOUN | ) |

### ORDER OF DETENTION PENDING TRIAL

THIS CAUSE coming to be heard upon the government's motion to detain the defendant, SAMI SAMIR HASSOUN, pursuant to 18 U.S.C. § 3142, and this Court having reviewed and considered the evidence presented, having reviewed the Pretrial Services Report, and having heard argument on this matter on Wednesday, September 22, 2010, the Court hereby finds:

1. The defendant has been charged in a criminal complaint with: (1) attempting, without lawful authority, to use a weapon of mass destruction against people and property in a manner that would have affected interstate and foreign commerce in violation of Title 18, United States Code, Section 2332a(a)(2)(D); and (2) attempting to damage and destroy, by means of an explosive, real property affecting interstate and foreign commerce in violation of Title 18, United States Code, Section 844(i).

2. After consideration of the Pre-Trial Services Report and argument on this matter, the Court finds that the statutory factors enumerated in 18 U.S.C. § 3142(g) favor detention of the defendant. As an initial matter, the Court finds that, based on the aforementioned charges, pursuant to 18 U.S.C. § 3142(e)(3)(C), a rebuttable presumption arises that no condition or combination of conditions will reasonably assure: (1) the appearance of the defendant as required, and (2) the safety of the community. The defendant has not rebutted this presumption. Rather, the following facts as

presented to the Court at this time suggest no conditions can be set to protect the public's safety and reasonably assure the defendant's appearance:

    a.    The nature and circumstances of the charges alleged, namely, that the defendant attempted to detonate an explosive device with the intent to cause human casualties and property damage, suggest, by their nature, potential danger to the public;

    b.    That prior to engaging in the charged conduct, the defendant contemplated participating in a number of different acts designed to inflict harm to people and property and to disrupt generally life in and for the people of Chicago;

    c.    The weight of the evidence against the defendant as set forth in the affidavit offered in support of the criminal complaint appears strong; namely, that the government has: (1) audio and video recordings of the defendant's meetings with a government source and undercover agents during which the defendant planned and further stated his intent to engage in the charged conduct, and (2) video recordings of the defendant engaging in the particular act charged;

    d.    The defendant is not a United States citizen, but is, instead, a resident alien who could potentially seek to reestablish himself in his country of citizenship;

    e.    The defendant is alleged to have committed the alleged conduct while already residing with his parents, individuals who would otherwise act as his supervisory custodians; and

    f.    The defendant is currently unemployed and apparently lacking sufficient stability in the community; and, by his counsel's own admission, "troubled."

3.    Based upon the aforementioned factors, the evidence presented before this Court establishes that the defendant is a danger to the community and a flight risk. Accordingly,

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3142(e), that defendant SAMI SAMIR HASSOUN remain in the custody of the United States Marshals pending the resolution of the case in the District Court.

IT IS FURTHER ORDERED that the defendant shall be afforded reasonably opportunity for private consultation with his counsel and telephonic contact with his family.

IT IS FURTHER ORDERED that upon order of the U.S. District Court or on request of an attorney of the government, the Warden of the Metropolitan Correctional Center shall deliver defendant to a U.S. Marshal for the purpose of an appearance in connection with a court proceeding.

ENTER:

_____
Hon. Susan E. Cox
United States Magistrate Judge

Dated: 9/27/10