**MYRON B. AUERBACH & ASSOCIATES**
**ATTORNEYS AT LAW**
**121 SOUTH WILKE ROAD, SUITE 407**
**ARLINGTON HEIGHTS, ILLINOIS 60005-1527**

**FILED**

SEP 28 2010
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

September 28, 2010

ONE (1) PAGE FAX - 11:50 AM
And, by e-mail as noted

The Honorable Magistrate Judge Susan E. Cox
United States Federal Courthouse - Room #1342
219 South Dearborn Street.
Chicago, IL. 60604

RE: **Preliminary Hearing Waiver by Sami Samir Hassoun**
Case No. 10 CR 773 - previously set to Thursday, September 30, 2010 at 10:30am
UNITED STATES OF AMERICA v. SAMI SAMIR HASSOUN
Pending in the UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Dear Magistrate Judge Susan E. Cox,

Please allow this letter to serve as written confirmation that my above-referenced client's position is to elect to waive his right to a Preliminary Hearing under Rule 5.1(a)(1) on this case, as charged in the two (2) count criminal complaint with alleged violations of:

(1) Title 18, United States Code, Section 2332a(a)(2)(D) -
use of a weapon of mass destruction against people and property in a manner that would have affected interstate and foreign commerce, and

(2) Title 18, United States Code, Section 844(I) -
attempting to damage and destroy, by means of an explosive, real property affecting interstate and foreign commerce

As initially mentioned to the Court at the time of his Detention Hearing, 18 U.S.C. § 3142, last week before you at 3:30pm, on Wednesday, September 22, 2010, this letter of waiver of Preliminary Hearing shall serve to vacate the next set court date of Thursday, September 30, 2010 at 10:30am, and neither I, nor my client (in custody), will be required to appear in court at that time.

Yours truly,

*Myron Auerbach*

Myron B. Auerbach
MBA/cl
copies: AUSA Joel Hammerman  &  AUSA Tinos Diamantatos

WordPerfect X3 Document