Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 773 - 1 | **DATE** | 9/28/2010 |
| **CASE TITLE** | United States of America vs. Sami Samir Hassoun | | |

**DOCKET ENTRY TEXT**

Defendant's counsel having filed a waiver of preliminary hearing, preliminary examination set for 9/30/10 at 10:30 a.m. is stricken. Enter a finding of probable cause; Order defendant bound to the district court for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|