**FILED**

**OCT 14 2010**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 10 CR 773 |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Sections 844(i) and 2332a(a)(2)(D) |
| SAMI SAMIR HASSOUN | ) | |
| | ) | INDICTMENT |

**JUDGE GETTLEMAN**

**COUNT ONE**

The SPECIAL AUGUST 2009-2 GRAND JURY charges: **MAGISTRATE JUDGE COX**

On or about September 19, 2010, at Chicago, in the Northern District of Illinois, Eastern Division,

SAMI SAMIR HASSOUN,

defendant herein, attempted, without lawful authority, to use a weapon of mass destruction against people and property within the United States in a manner that would have affected interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2332a(a)(2)(D).

## COUNT TWO

The SPECIAL AUGUST 2009-2 GRAND JURY further charges:

On or about September 19, 2010, at Chicago, in the Northern District of Illinois, Eastern Division,

SAMI SAMIR HASSOUN,

defendant herein, maliciously attempted to damage and destroy, by means of an explosive, a building used in an activity affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY