**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **YES**

   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   *United States v. Sami Samir Hassoun*, Case No. 10 CR 773
   **Magistrate Judge Susan Cox**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **Homicide (II)**

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC 844(i)
    18 UCS 2332a(a)(2)(D)

FILED
OCT 1 4 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Joel M. Hammerman
Assistant United States Attorney