Order Form (01/2005)

**JUDGE GETTLEMAN**

10 GJ 987 

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE COX | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 773 | **DATE** | OCTOBER 14, 2010 |
| **CASE TITLE** | U. S. v. SAMI SAMIR HASSOUN | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for  SPECIAL AUGUST 2009-2  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge  Jeffrey T. Gilbert

---

NO BOND SET; DETAINED BY MAGISTRATE JUDGE.

**RECEIVED**

OCT 14 2010
Oct 14, 2010
MICHAEL W. DOBBINS
CLERK, U S. DISTRICT COURT.

SIGNATURE OF JUDGE _____   (ONLY IF FILED
or MAGISTRATE JUDGE                                              UNDER SEAL)

Courtroom Deputy Initials: