## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 773 - 1 | **DATE** | 10/20/2010 |
| **CASE TITLE** | United States of America vs. Sami Samir Hassoun | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant acknowledges receipt of indictment. Defendant waives formal reading of indictment. Defendant enters plea of not guilty. 16.1(a) conference to be held as soon as possible. Pretrial motions to be filed on or before 11/3/10. Status hearing before Judge Gettleman set for 11/3/10 at 9:15 a.m. There being no objection, the Government's oral motion for the exclusion of time for the consideration of pretrial motions is granted. Order time excluded to and including 11/3/10 pursuant to 18 U.S.C. Section 3161(h)(1)(D). Defendant to remain in custody. (X-E)

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|