UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMI SAMIR HASSOUN | No. 10 CR 733<br><br>Judge Robert W. Gettleman |

NOTICE OF MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVEY

To: Myron B. Auerbach
Myron B. Auerbach & Associates
121 S. Wilke Rd., Suite 407
Arlington Heights, IL 60005-1527

PLEASE TAKE NOTICE that on Wednesday, November 3, 2010 at 9:15 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Robert W. Gettleman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge who may be sitting in his place and stead, and then and there present the Government's Motion For Entry of Unopposed Protective Order Governing Discovery.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Joel M. Hammerman
JOEL M. HAMMERMAN
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-8881

Dated: October 22, 2010