**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                     Case No.: 1:10−cr−00773
                                                          Honorable Robert W. Gettleman

Sami Samir Hassoun

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 1, 2010:

     MINUTE entry before the Honorable Robert W. Gettleman: Status hearing date of 11/3/2010 is re−set to 11/10/2010 at 10:00 a.m. The Court deems the period of time from 11/3/2010 through 11/10/2010 excludable under 18 U.S.C. Sect. 3161(h)(7)(A) − interest of justice. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.