# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 Cr 773 | **DATE** | 11/12/2010 |
| **CASE TITLE** | U S A          vs          Sami Samir Hassoun | | |

**DOCKET ENTRY TEXT:**

Government's motion [17] for protective order is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|
| | | |