# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | 10 CR 773 |
| v. | ) | |
| | ) | Hon. Robert W. Gettleman |
| | ) | |
| SAMI HASSOUN | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Matthew J. Madden respectfully moves the Court for leave to file his appearance and substitute as lead counsel for defendant Sami Hassoun. In support of this motion, undersigned counsel states as follows:

1. On March 18, 2011, undersigned counsel was retained to represent for Mr. Hassoun in his case pending in front of this Court.

2. It is counsel's understanding that previous counsel, Myron Auerbach, will be moving to withdraw as counsel at the time set to present this motion.

WHEREFORE, for the above noted reasons, undersigned counsel respectfully requests leave to substitute as counsel on behalf of Mr. Hassoun.

Dated: March 23, 2011

                                                    Respectfully submitted,

                                                    By: *s/Matthew J. Madden*
                                                        Matthew J. Madden

Matthew J. Madden
Matthew J. Madden, Attorney At Law, LLC
53 West Jackson, Suite 703
Chicago, IL 60604
312/212-1900