IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | 10 CR 773 |
| v. | ) | |
| | ) | Hon. Robert W. Gettleman |
| **SAMI HASSOUN** | ) | |

### NOTICE OF MOTION

To: Joel Hammerman
     Assistant United States Attorney
     219 S. Dearborn St., 5th Floor
     Chicago, IL 60604

PLEASE TAKE NOTICE that on Wednesday, March 30, 2011, at 9:15 a.m., we shall appear before the Honorable Robert W. Gettleman, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

- **MOTION TO SUBSTITUTE COUNSEL**

                                                   Respectfully submitted,

                                                   By: *s/ Matthew J. Madden*
                                                          Matthew J. Madden

MATTHEW J. MADDEN
Attorney At Law, LLC
53 W. Jackson, Suite 703
Chicago, IL 60604
(312) 212-1900