# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 773 -1 | **DATE** | 4/4/2011 |
| **CASE TITLE** | U S A    vs    SAMI  SAMIR  HASSOUN | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [28] to substitute attorney is granted.
Matthew J. Madden is given leave to file his appearance.

[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|