IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | No. 10 CR 773 |
| v. ) | Judge Robert W. Gettleman |
| ) | |
| SAMI SAMIR HASSOUN ) | |

**DEFENDANT HASSOUN'S AGREED MOTION TO EXTEND THE DEADLINE TO FILE PRE-TRIAL MOTIONS**

Defendant SAMI HASSOUN by his attorney, MATTHEW MADDEN, moves this Court to extend the deadline to file pre-trial motions. At a status hearing on February 24, 2011, this Court set a deadline of April 21, 2011, for the filing of Defendant's pre-trial motions. Since that status hearing, former counsel has withdrawn from the case and new counsel has been retained to represent Mr. Hassoun. Counsel was granted leave to substitute on March 23, 3011. The defense of this case involves complex legal issues and the discovery includes extensive recordings that need to be reviewed by counsel. As such, Mr. Hassoun requests an extension of time in which to file pre-trial motions. Assistant United States Attorney Joel Hammerman has been contacted regarding this motion and has no objection to it.

Respectfully submitted,

By: _s// Matthew J. Madden_

Matthew J. Madden

Matthew J. Madden
Attorney At Law
53 W. Jackson Boulevard, Suite 703
Chicago, IL 60604
(312) 212-1900