**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **10 CR 773** |
| **v.** | ) | |
| | ) | **Hon. Robert W. Gettleman** |
| **SAMI HASSOUN** | ) | |

## <u>NOTICE OF MOTION</u>

To:     Joel Hammerman
        Assistant United States Attorney
        219 S. Dearborn St., 5th Floor
        Chicago, IL 60604

PLEASE TAKE NOTICE that on Tuesday, April 26, 2011, at 9:15 a.m., we shall appear before the Honorable Robert W. Gettleman, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

-       **MOTION TO EXTEND DEADLINE TO FILE PRE-TRIAL MOTIONS**

Respectfully submitted,

By: *s/ Matthew J. Madden*
    Matthew J. Madden

MATTHEW J. MADDEN
Attorney At Law, LLC
53 W. Jackson, Suite 703
Chicago, IL 60604
(312) 212-1900