# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                                Plaintiff,

v.                                                        Case No.: 1:10–cr–00773
                                                            Honorable Robert W. Gettleman

Sami Samir Hassoun

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2013:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 5/2/2013. Sentencing DATE OF 5/16/2013 is re−set to 5/30/2013 at 1:30 p.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.