**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 10-CR-773-1** |
| v. | ) | **Hon. Robert W. Gettleman** |
| | ) | |
| **SAMI HASSOUN** | ) | |

**EXHIBIT TO
DEFENDANT'S RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM**

Exhibit A: Sami's Certificates of Completion for Additional MCC Courses

# Exhibit A:

# Sami's Certificates of Completion for Additional MCC Courses

**METROPOLITAN CORRECTIONAL CENTER, CHICAGO, ILLINOIS**



## CERTIFICATE OF COMPLETION

This certificate is awarded to

# SAMI HASSOUN

"Breaking The Cycle" NON RESIDENTIAL DRUG ABUSE PROGRAM

Approximately 25 hours

This certificate is hereby issued this 15th Day of October 2012

*JoAnn Turner*
J. Turner, Drug Treatment Specialist

# SAMI HASSOUN



Congratulations! You have successfully completed the **Non Residential Drug Program** course on OCTOBER 15, 2012, at the Metropolitan Correctional Center, Chicago, Illinois.

This program consisted of comprehensive discussions of the psychological and physiological aspects of addiction, which included discussions about the impact of drug abuse on the family, the community, and society. Additionally, relapse prevention issues were identified and addressed. The course consisted of approximately 25 classroom hours, in-class activities, and homework assignments.

The undersigned commend you for your efforts and accomplishments. We hope the knowledge you acquired will assist you in making appropriate choices in the future.

J. Turner
Drug Abuse Treatment Specialist



# CERTIFICATE OF COMPLETION

This is to certify that:

*Sami Hassoun*

HAS SUCCESSFULLY COMPLETED THE COURSE ENTITLED

*Daily Living; Goal Setting*

IN WITNESS THEREOF THE UNDERSIGNED GIVEN THIS 29TH DAY OF NOVEMBER TWO THOUSAND AND TWELVE

T. Haire
Religious Service Assistant
Re-Entry Liaison

M. Leshon
Supervisory Chaplain