UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**UNITED STATES OF AMERICA**

    v.                                                 **NOTICE OF MOTION**
                                                        **1:10-CR-00773**

**SAMI SAMIR HASSOUN,**

                                                            **18 USC § 3582(c)(1)(A)(i)**

        Defendant.

---

## DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE
## BASED ON EXTRAORDINARY AND COMPELLING REASONS

      PLEASE TAKE NOTICE, that upon the memorandum of law of Amith Gupta, attorney for Sami Hassoun, dated May 27, 2020, Mr. Hassoun moves this Court on June 9, 2020 for compassionate release pursuant to 18 USC 3582(c)(1)(A)(i), as amended by the First Step Act (Pub. L. 115-391, § 603(b), 132 Stat. 5194, 5239 [eff. 12/21/20l8.])

      WHEREAS, Sami Hassoun respectfully requests that the Court grant the above relief, and such other and further relief as this Court deems just and proper.

      Dated: May 27, 2020.

                                                            /s/ Amith Gupta
                                                            Amith Gupta, Esq.
                                                            GA Bar No. 149222, Pro Hac Vice
                                                             848 Spring St. NW 812-C
                                                             Atlanta, GA 30308
                                                             (202) 627-0747
                                                             amith@civilfreedoms.org

TO:    Clerk of Court
          Everett McKinley Dirksen United States Courthouse
          219 South Dearborn Street
          Chicago, IL 60604

United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

Sami Hassoun
Address on file