# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Sami Samir Hassoun

Defendant.

Case No.: 1:10–cr–00773
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman as to Sami Samir Hassoun: The government is directed to respond to defendant's motion for modification of sentence based on extraordinary and compelling reasons [94] on or before 6/11/2020, defendant's reply due on or before 6/18/2020. The court will issue its ruling via CM/ECF. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.